### ALBERT APONTE *v.* COMMISSIONER OF CORRECTION

The petitioner Albert Aponte's petition for certification for appeal from the Appellate Court, 74 Conn. App. 908 (AC 22604), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

*Gerard P. Eisenman,* senior assistant state's attorney, in opposition.

Decided March 19, 2003

### CONSTANCE S. FIELDS *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 74 Conn. App. 908 (AC 22694), is denied.

*A. Paul Spinella,* in support of the petition.

*Robert D. Snook,* assistant attorney general, in opposition.

Decided March 19, 2003